**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Esteban DIEGO–ANDRES,**
**Defendant–Appellant.**

No. 05–50839.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 18, 2006.[*]

Filed Dec. 21, 2006.

AUSA, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Sylvia Baiz, Esq., San Diego, CA, for Defendant–Appellant.

Before: GOODWIN, McKEOWN and FISHER, Circuit Judges.

---

[*] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Appellee's unopposed motion for summary reversal and remand is granted. Appellant's sentence is vacated and the case is remanded for further proceedings in light of *United States v. Lopez–Montanez*, 421 F.3d 926 (9th Cir.2005).

**REVERSED AND REMANDED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

